NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**IN RE GERALD A. NIZNICK,**
*Appellant*

―――――――――

2025-1719

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 17/866,425.

―――――――――

**JUDGMENT**

―――――――――

PATRICK BRIGHT, Wagner, Anderson & Bright, PC, Los Angeles, CA, argued for appellant.

MICHAEL TYLER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee John A. Squires. Also represented by SARAH E. CRAVEN, NICHOLAS THEODORE MATICH, IV, ROBERT J. MCMANUS.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CUNNINGHAM, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 9, 2026
Date

Jarrett B. Perlow
Clerk of Court